U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 0 1 2007

ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * CR. NO. 07-50067-01 |
| | * |
| VERSUS | * 18 U.S.C. § 875(c) |
| | * Threatening Interstate Communication |
| LLOYD DEWITT TILLER, JR. | * |
| | * DISTRICT JUDGE HICKS |
| | * MAGISTRATE JUDGE HORNSBY |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

On or about November 13, 2006, in the Western District of Louisiana, the defendant, LLOYD DEWITT TILLER, JR., did transmit in interstate and foreign commerce a communication containing a threat to injure the person of another, that is, the person of James M. Flaherty, a Member of Parliament of Canada and Minister of Finance of Canada, all in violation of Title 18, United States Code, Section 875(c). [18 U.S.C. § 875(c)].

### COUNT TWO

On or about January 18, 2007, in the Western District of Louisiana, the defendant, LLOYD DEWITT TILLER, JR., did transmit in interstate and foreign commerce a communication containing a threat to injure the person of another, that is, the person of James M. Flaherty, a Member of Parliament of Canada and Minister of Finance of Canada, and members of his family, all in violation of Title 18, United

States Code, Section 875(c).  [18 U.S.C. § 875(c)].

A TRUE BILL.

                        DONALD W. WASHINGTON
                        UNITED STATES ATTORNEY

by: *[signature: R.W. Gillespie, Jr.]*

     ROBERT W. GILLESPIE, JR., Bar #06202
     Assistant United States Attorney
     300 Fannin St., Suite 3201
     Shreveport, LA 71101-3068
     318/676-3608