U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 0 2 2007

ROBERT H. SHEMWELL, CLERK
BY_____
           DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL CASE NO. 5:07CR50067-01 |
| VERSUS | JUDGE HICKS |
| LLOYD DEWITT TILLER, JR. | MAGISTRATE JUDGE HORNSBY |

NOTICE OF ARRAIGNMENT

PLEASE TAKE NOTICE that the above entitled case has been set for Arraignment before the Honorable Mark L. Hornsby in Shreveport, LA, on August 29, 2007 at 10:00 A.M..

NOTICE TO DEFENDANT

The Pretrial Services Act requires that before you are released on bond there must be a pre-bail interview, investigation and report to the Court. If you have not already been interviewed by a probation officer in connection with this matter, you must IMMEDIATELY contact the probation office in Shreveport, LA, at 318-676-3295 to schedule this interview.

You have the right to be represented by an attorney at both the interview conducted by the probation officer and at your arraignment. If you do not have an attorney and cannot afford to retain one, you must IMMEDIATELY contact the Federal Public Defender's Office at 318-676-3310 and arrange to have an attorney appointed to represent you.

Notice issued at    SHREVEPORT August 2, 2007.

ROBERT H. SHEMWELL
CLERK OF COURT

By _Shannon McInnis_
Deputy Clerk

CERTIFICATE OF SERVICE

COPIES OF THIS NOTICE OF ARRAIGNMENT HAVE BEEN DISTRIBUTED AS INDICATED BELOW:

Assistant U. S. Attorney handling case: Robert W. Gillespie, Jr.
U. S. Marshal, William R. Whittington, Shreveport, LA
U. S. Probation Office, Shreveport, LA
M.Cassanova, Courtroom Deputy

---

DEFENSE COUNSEL:     A. M. Stroud, III thru USM w/summons
DEFENDANT:           LLOYD DEWITT TILLER, JR.
SURETIES:            None
CASE FILE:           5:0750067-01