# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

## MINUTES OF COURT

| | | | |
|---|---|---|---|
| S. MAURICE HICKS, JR. | JUDGE PRESIDING | DATE: | September 11, 2008 |
| Marie Runyon | COURT REPORTER | COURT OPENED: | 10:00 a.m. |
| Whitney Howell | LAW CLERK | COURT CLOSED: | 4:00 p.m. |
| Denise McDonnell | MINUTE CLERK | TIME IN COURT : | 5:00 |

CASE NO. 07-50067-01

UNITED STATES OF AMERICA v. LLOYD DEWITT TILLER, JR.

APPEARANCES:

ROBERT W. GILLESPIE, JR., ROBIN S. McCOY     FOR GOVERNMENT
A. MARTY STROUD, III, M. ALLYN STROUD     FOR DEFENDANT

CASE CALLED:
(X) DETENTION HEARING

PROCEEDINGS:

(X) DEFENDANT PRESENT
(X) DEFENDANT ON BOND
(X) WITNESSES SEQUESTERED

**RULING, COMMENTS:**

The statute, 18 U.S.C. § 3143(a)(1), provides for a presumption of detention unless the judicial officer finds by clear and convincing evidence that the person is not likely to flee or pose a danger to the safety of any other person or the community if released.

The Court found that the defendant established by clear and convincing evidence that he was not likely to flee or pose a danger to the safety of any other person or the community if released. Accordingly, the defendant will be continued on bond with special conditions of release. An Order Setting Conditions of Released is filed herewith. Defendant shall post security for the $25,000.00 bond within 7 days with the Clerk of Court.

A presentence investigation is ordered, and sentencing is scheduled for January 8, 2009 at 1:30 p.m. Defendant is ordered to return for sentencing.