IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 07-50067-01 |
| VERSUS | JUDGE HICKS |
| LLOYD DEWITT TILLER, JR. | MAGISTRATE JUDGE HORNSBY |

### O R D E R

Premises considered;

**IT IS HEREBY ORDERED** that defendant, LLOYD DEWITT TILLER, JR., is **GRANTED** until **October 3, 2008**, within which to file any post-trial motion.

SIGNED in Shreveport, Louisiana, on this the 16th day of Sept., 2008.

_____
S. MAURICE HICKS
UNITED STATES DISTRICT JUDGE