# IN THE UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 07-50067-01 |
| VERSUS | JUDGE HICKS |
| LLOYD DEWITT TILLER, JR. | MAGISTRATE JUDGE HORNSBY |

## MOTION IN ARREST OF JUDGMENT

COMES NOW, the defendant, LLOYD DEWITT TILLER, JR., through undersigned counsel, and moves this court to vacate the verdict and arrest judgment because of the failure of the indictment to charge an offense, as the statute upon which the prosecution was premised is unconstitutionally vague.

This motion is filed pursuant to C.Cr.P. art. 34, and is timely filed pursuant to the delays afforded by the court.

Respectfully submitted,

**TUTT, STROUD & McKAY, LLC**

BY   s/ A.M. STROUD, III
A.M. STROUD, III, Bar No. 12548
920 Pierremont Road, Suite 308
Shreveport, Louisiana  71106
Telephone   (318) 868-6633

Telecopier    (318) 868-5006


M. ALLYN STROUD, Bar No. 14457
**WIENER, WEISS & MADISON**
A Professional Corporation
333 Texas Street, Suite 2350
P. O. Box 21990
Shreveport, LA 71120-1990
Telephone    (318) 226-9100
Telecopier    (318) 424-5128

**ATTORNEYS FOR DEFENDANT,
    LLOYD DEWITT TILLER, JR.**

**IN THE UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**SHREVEPORT DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 07-50067-01** |
| **VERSUS** | **JUDGE HICKS** |
| **LLOYD DEWITT TILLER, JR.** | **MAGISTRATE JUDGE HORNSBY** |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on **October 2, 2008**, a copy of the above and foregoing Motion In Arrest of Judgment was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to AUSA Robert W. Gillespie, Jr. by operation of the court's electronic filing system.

Shreveport, Louisiana, on this the 2nd day of October, 2008.

                                            s/A.M. STROUD, III
                                            A.M. STROUD, III