**REQUESTED JURY INSTRUCTION NO. 2**

A conviction under this section (§ 875(e)) requires the specific intent to threaten, and only true threats may be prohibited. "True threats" encompass those statements where the speaker means to communicate a serious expression of intent to commit an act of unlawful violence to a particular individual or group of individuals.

Title 18, United States Code, Section 875(e).