# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# SHREVEPORT DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CR. NO. 07-50067-01** |
| | * | |
| **VERSUS** | * | **18 U.S.C. § 875(c)** |
| | * | **Threatening Interstate Communication** |
| **LLOYD DEWITT TILLER, JR.** | * | |
| | * | **DISTRICT JUDGE HICKS** |
| | * | **MAGISTRATE JUDGE HORNSBY** |

## GOVERNMENT'S RESPONSE AND OPPOSITION TO DEFENDANT'S MOTION IN ARREST OF JUDGEMENT

NOW INTO COURT, comes the United States of America, through the United States Attorney, and by his authorized Assistant United States Attorney, and in response and opposition to Defendant's Motion in Arrest of Judgement shows:

1.

Each count of the Superseding Indictment properly charges a criminal offense.

2.

Title 18, United States Code, Section 875(c) is not unconstitutionally vague.

WHEREFORE, the government prays that this response and opposition to the defendant's motion be found sufficient, and Defendant's Motion in Arrest of Judgement be denied.

        Respectfully submitted,

        DONALD W. WASHINGTON
        UNITED STATES ATTORNEY

By: */s/Robert W. Gillespie, Jr.*
        ROBERT W. GILLESPIE, JR.
        ASSISTANT U.S. ATTORNEY  Bar No. 06202
        300 Fannin Street, Suite 3201
        Shreveport, LA
        (318) 676-3608
        e-mail:Robert.Gillespie@usdoj.gov