UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CR. NO. 07-50067-01 |
| | * | |
| **VERSUS** | * | 18 U.S.C. § 875(c) |
| | * | **Threatening Interstate Communication** |
| **LLOYD DEWITT TILLER, JR.** | * | |
| | * | **DISTRICT JUDGE HICKS** |
| | * | **MAGISTRATE JUDGE HORNSBY** |

## ORDER

THE COURT, considering the Defendant's Motion in Arrest of Judgment and the Government's Response and Opposition to Defendant's Motion in Arrest of Judgment, and memorandum submitted by both parties,

Defendant's Motion in Arrest of Judgment is:

DENIED, _____

GRANTED, _____

READ, RENDERED and SIGNED, this ___ day of October 2008 in Shreveport, Louisiana

_____
S. MAURICE HICKS, JR.
DISTRICT JUDGE