UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
<u>SHREVEPORT</u> DIVISION

| PRESENT: | | | DATE : | January 8, 2009 |
|---|---|---|---|---|
| HON. | S. MAURICE HICKS, JR. | JUDGE | COURT OPENED | : 1:15 pm |
| | Barbara Simpson | COURT REPORTER | COURT CLOSED | : 5:15 pm |
| | Denise McDonnell | MINUTE CLERK | TIME IN COURT | 04:00 |
| | Whitney Howell | LAW CLERK | | |

## MINUTES OF COURT

CRIMINAL NO. : 07-50067-01                         _X_ Defendant present
                                                   ___ Defendant in custody
MAG. CASE NO.: NONE                                _X_ Defendant on bond, bond continued
                                                   ___ Bond canceled
**DEFENDANT**    : LLOYD DEWITT TILLER, JR.        ___ Personal Recognizance Bond
                                                   ___ Bond not made, remanded to custody
GOVERNMENT COUNSEL: ROBERT W. GILLESPIE, JR.       ___ Conditions of release signed (AO 199)
                    And ROBIN S. McCOY             ___ Appearance Bond signed (AO 98)
DEFENSE COUNSEL     : A. MARTIN STROUD, III (ret)  ___ Failed to appear, warrant ordered
                    And MICHAEL A. STROUD (cja)    ___ Agent testified

( ) PUBLIC DEFENDER    (X) RETAINED    (X) CJA    ( ) WAIVED

---

__X__ **CASE CALLED FOR SENTENCING**

    __X__ Defendant and counsel advised the Court that they have read the Presentence Report
    __X__ Objections by Defendant to Presentence Report addressed and ruled on accordingly
    __X__ Defendant advised of right to appeal

---

## COMMENTS:

Motion to Strike [97] filed by defendant is withdrawn following discussion by the Court and counsel. Specifically, the Court finds that the Motion to Strike was filed in good faith by defense counsel, and that any remarks contained in the motion that may be construed as an accusation of misconduct on the part of the Government's prosecutor are meritless and without foundation.

The Court adopts the factual findings of the Probation Office as contained in the Presentence Report and any addendum, including revisions made to that report and the calculation of guideline ranges and offense level as ruled on by the Court.

Pursuant to the Sentencing Reform Act of 1984 and in accordance with 18 U.S.C. §3553(a), it is the judgment of this Court that the defendant is committed to the custody of the Bureau of Prisons for a term of 41 months as to Counts One and Two, said counts to run concurrently. The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 2:00 p.m. on February 16, 2009. The Court recommends that the Bureau of Prisons designate defendant at Fort Worth, Texas. The Court further recommends that the Bureau of Prisons screen defendant for placement in a mental health treatment program and for placement in their 500 hour Residency Drug Abuse Program.

Restitution in the amount of $80,000.00 (U. S. Dollars) is ordered to be paid to the following victim as specified below and is due and payable immediately:

    Trevor J. Smith, Special Advisor and Council to the ADM
    Office of the Assistant Deputy Minister
    Law Branch, Department of Finance Canada
    140 O'Conner Street, 21st Floor, East Tower
    Ottawa, Ontario, K1A0G5

LLOYD DEWITT TILLER, JR.
January 8, 2009
Page Two


The Court orders that the $25,000.00 cash bond previously paid by the defendant, which was deposited into the Registry of the U.S. Clerk of Court, be increased by an additional $55,000.00, for a total cash bond of $80,000.00. The additional $55,000.00 shall be paid to the U.S. Clerk of Court by 4:00 p.m. on Friday, January 16, 2009. The $55,000.00 shall be placed in an interest-bearing account. The principal cash bond of $80,000.00 plus all earned interest, less the Court's assessment fee, will ultimately be paid to the victim, upon Court Order.

Upon release from confinement, the defendant shall be placed on supervised release for a period of 3 years as to Counts One and Two, said counts to run concurrently.

The defendant shall pay the special assessment of $200.00 immediately to the U.S. Clerk of Court.

The defendant is notified of the right to appeal. If a notice of appeal is filed under 18 U.S.C. §3742, a Review of Sentence, the Clerk is directed to transmit the Presentence Report, under seal, to the Court of Appeals. If defendant wishes to appeal, Mr. Ansel Martin Stroud, III shall file said notice of appeal.

Mr. Michael Allyn Stroud is relieved of his responsibilities as CJA counsel for the defendant and shall submit a CJA voucher for legal services concluding today. Based on the financial information set forth in the Presentence Report and additional financial information disclosed at the sentencing hearing, the Court finds that Mr. Tiller was and is financially able to secure counsel. Thus, pursuant to 18 U.S.C. § 3006A(f), the Court orders Mr. Tiller to make payment to the U.S. Clerk of Court for the full cost of Mr. Allyn Stroud's legal services. Such amount is due and payable immediately upon the Office of the Federal Public Defender's receipt of Mr. Michael Allyn Stroud's CJA voucher. The U.S. Clerk of Court shall credit the payment to the CJA appropriation fund.