RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE ___1___/__13__/__09__
BY ___Bm___

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 07-50067-01 |
| | : | |
| VERSUS | : | JUDGE HICKS |
| | : | |
| LLOYD DEWITT TILLER, JR. | : | MAGISTRATE JUDGE HORNSBY |

## SENTENCING HEARING EXHIBIT LIST

G1    **SEALED**:  Dr. Mark Vigen's Report of 1/31/2008