## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## SHREVEPORT DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CR. NO.  07-50067-01** |
| | * | |
| **VERSUS** | * | **18 U.S.C.  § 875(c)** |
| | * | **Threatening Interstate Communication** |
| **LLOYD DEWITT TILLER, JR.** | * | |
| | * | **DISTRICT JUDGE HICKS** |
| | * | **MAGISTRATE JUDGE HORNSBY** |

## CERTIFICATION BY CLERK OF COURT PURSUANT TO LOCAL RULE 67.3

The undersigned Financial Deputy Clerk of Court for the Western District of Louisiana is familiar with the above styled case and has read the Government's Motion Requesting that Defendant's Cash Bond be Used to Pay Restitution, and Memorandum in support of the motion by the United States and states:

1.      I am Cheryl Williams, Financial Deputy Clerk of Court for the Western District of Louisiana.

2.      Robert H. Shemwell is the Clerk of Court for the United States District Cour for the Western District of Louisiana.

3.      The defendant, LLOYD DEWITT TILLER, Jr., has deposited a total principal sum of $80,000 into the registry of the court pursuant to his requirement to post a $80,000 cash bond.

4.      As previously directed by the Court, this sum of $80,000 was deposited into an interest bearing account.

5.      This principal amount of $80,000 initially deposited together with accrued interest remains in the registry of the court and is available to satisfy the restitution ordered to be made by the defendant in his judgment of conviction in the above styled criminal case.

6.      The Clerk of Court understands that the government is requesting that the Clerk of Court be authorized, directed and ordered to draw a check on the funds received from the defendant and now in the registry of this court in the principal sum of $80,000, plus all interest earned, less the assessment fee for the administration of these funds, with this check payable to: Receiver General for Canada, and mail this check to: Receiver General for Canada, care of Mr. Trevor J. Smith, Special Advisor and Counsel to the ADM Law Branch - Assistant Deputy Minister's Office  Law Branch, Department of Finance Canada, 140 O'Conner Street, 21st Floor, East Tower, Ottawa, Ontario, Canada, K1A0G5.

I certify that all of the above is true and correct to the best of my knowledge and belief.

Read and Signed, this ___26th___ day of February, 2009 in Shreveport, Louisiana.

> ROBERT H. SHEMWELL
> CLERK OF COURT
> UNITED STATES DISTRICT COURT for the
> WESTERN DISTRICT OF LOUISIANA
>
> By: _____
> CHERYL WILLIAMS
> Financial Deputy Clerk of Court
> Western District of Louisiana