UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CR. NO. 07-50067-01** |
| | * | |
| **VERSUS** | * | **18 U.S.C. § 875(c)** |
| | * | **Threatening Interstate Communication** |
| **LLOYD DEWITT TILLER, JR.** | * | |
| | * | **DISTRICT JUDGE HICKS** |
| | * | **MAGISTRATE JUDGE HORNSBY** |

# ORDER

CONSIDERING THE FOREGOING MOTION by the United States of America, and with no objection by the defendant, and for the reasons stated in the Government's Motion Requesting that Defendant's Cash Bond be Used to Pay Restitution, Certification by the Clerk of Court, and Memorandum in support of the motion,

The Clerk of Court is authorized, directed and ordered to draw a check on the funds received from the defendant, Lloyd Dewitt Tiller, Jr., now in the registry of this court in the principal sum of $80,000, plus all interest earned, less the assessment fee for the administration of funds, and make this check payable to: Receiver General for Canada, and mail this check to: Receiver General for Canada, care of Mr. Trevor J. Smith, Special Advisor and Counsel to the ADM Law Branch - Assistant Deputy Minister's Office Law Branch, Department of Finance Canada, 140 O'Conner Street, 21st Floor, East Tower, Ottawa, Ontario, Canada, K1A0G5.

This check and sum of money will be noted and credited as payment of the previously ordered restitution by the defendant as shown in his judgment of conviction.

The defendant is released from any further obligations of his bond.

Read, Rendered and Signed this 2d day of March, 2009 in Shreveport, Louisiana.

_____
S. MAURICE HICKS
United States District Judge