✎PS 40
(Rev. 6/05)

# UNITED STATES DISTRICT COURT

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

| | |
|---|---|
| **TO:** United States Department of State<br>Office of Passport Policy and Advisory Services<br>2100 Pennsylvania Avenue, NW, 3rd Floor<br>Washington, DC 20037 | **FROM:** Clerk, U. S. District Court<br>Western District of Louisiana<br>300 Fannin St., Ste. 1167<br>Shreveport, LA 71101 |
| ☐ **Original Notice** | ☒ **Notice of Disposition** |
| **Date:** _____ | **Date:** March 2, 2009 |
| **By:** _____ | **By:** Carol Darnell, Operations Analyst |

Defendant: LLOYD DEWITT TILLER, JR.   Case Number: 07-50067-01
Date of Birth: X-1948   Place of Birth: Louisiana
SSN: XXX-XX-5142

**Notice of Court Order** (Order Date: 8/29/07 )

☒ The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

☒ The above-named defendant surrendered Passport Number 211790654 to the custody of the U.S. District Court on 9/4/07.

---

**NOTICE OF DISPOSITION**

The above case has been disposed of.

☐ The above order of the court is no longer in effect.

☐ Defendant not convicted – Document returned to defendant.

☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☒ Defendant convicted – Document and copy of judgment enclosed.

---

**Distribution:**
Original to case file
Department of State
Defendant (or representative)
Clerk of Court