## UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF LOUISIANA
300 FANNIN ST., SUITE 1167
SHREVEPORT, LA 71101-3083

March 2, 2009

United States Department of State
Office of Passport Policy and Advisory Services
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, DC 20037

    RE: 07-CR-50067-01 (Lloyd DeWitt Tiller, Jr.)
    Passport # 211790654

To Whom it My Concern:

    In accordance with Title 22 of the Code of Federal Regulations, enclosed please find the passport of Lloyd DeWitt Tiller, Jr. Mr. Tiller's passport is being surrendered to the U. S. Department of State pursuant to his conviction on January 8, 2009. Also enclosed is a certified copy of the judgment of conviction and the PS 40 Notice of Disposition.

    Please do not hesitate to contact me at (318) 934-4709 if you have any questions.

                                     Sincerely,

                                     Carol Darnell
                                   Operations Analyst

enc.