UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO:   07-CR- 50067-01 |
| | * | |
| | * | 18 U.S.C.  § 875(c) |
| VERSUS | * | Threatening Interstate Communication |
| | * | |
| | * | DISTRICT JUDGE HICKS |
| LLOYD DEWITT TILLER, JR. | * | MAGISTRATE JUDGE HORNSBY |

## GOVERNMENT'S MOTION REQUESTING THE RETURN OF EVIDENCE

NOW INTO COURT, comes the United States of America, through the United States Attorney, and by her Assistant United States Attorney, and shows:

1.

On January 8, 2009, following the Defendant's jury conviction of Counts One and Two of the Superceding Indictment, the Defendant was sentenced to serve 41 months in the custody of the Bureau of Prisons.  Upon his release from prison he is to be on supervised release for a term of three years.  These sentences on each count ran concurrent.  No fine was imposed due to the amount of restitution imposed.  The Defendant was ordered to pay restitution in the amount of $80,000 to the government of Canada.  He was also ordered to pay a total of $200 in special assessments pursuant to the Victim-Witness Act.   The Defendant is presently in federal custody at a Bureau of Prisons facility at Seagoville, Texas.

His projected release date is 02-05-2012. He has paid his restitution and special assessment as ordered.

2.

The Defendant did not appeal his conviction or sentence. He has filed no post conviction motion and the time for filing such has expired.

3.

At the trial each party introduced exhibits. Two of the items introduced were a Dell Inspiration laptop computer [Government Exhibit 40a] and a PC hard drive [Government Exhibit 39]. Each was seized by the Government during the execution of a search warrant of the Defendant's residence on May 16, 2007. After the introduction of these two items into evidence, the United States Attorney was made custodian of these two exhibits. The United States Attorney desires to return these two items of evidence to the Defendant by delivering these to his attorney, Mr. A.M. Stroud, III.

The United States Attorney requests that the Clerk of Court be authorized and directed to return all trial exhibits introduced at trial to the party who introduced the exhibit.

4.

The undersigned Assistant United States Attorney has discussed this motion, and in particular, the two exhibits described above with A.M. Stroud, III, who is counsel of record for the Defendant. Mr. Stroud has no objection to this motion and has agreed to receive the Dell Inspiration laptop computer [Government Exhibit 40a] and PC hard drive [Government

Exhibit 39] from the U.S. Attorney on behalf of the Defendant and forward these exhibits to the Defendant or dispose them as directed by the Defendant.

WHEREFORE, the United States Attorney prays that this Court find the Government's Motion Requesting the Return of Evidence and proposed order acceptable and sufficient and this motion be granted; and Clerk of Court be authorized and directed to return all trial exhibits to the party who introduced the exhibit; and Mr. A.M. Stroud, III, be authorized to receive all defense exhibits and he be also authorized to receive the Dell laptop computer and a hard drive from the Government which exhibits were introduced by the Government at trial and the Government now desires to return to the Defendant.

Respectfully submitted,

STEPHANIE A. FINLEY
UNITED STATES ATTORNEY


By: /s/ *Robert W. Gillespie, Jr.*
ROBERT W. GILLESPIE, JR. (Bar. No. 06202)
Assistant United States Attorney
300 Fannin St., Ste. 3201
Shreveport, LA 71101
318/676-3608
email: Robert.Gillespie@usdoj.gov

CERTIFICATE

I hereby certify that a copy of the United State's Motion and proposed order has been transmitted via the Court's electronic filing system to counsel of record and I have also sent it via email and U.S. mail to Mr. A.M. Stroud, III, 920 Pierremont Road, Suite 308, Shreveport, LA 71106, all done the 10th day of August, 2010.

/s/ *Robert W. Gillespie, Jr.*
ROBERT W. GILLESPIE, JR.
Assistant United States Attorney