UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO: 07-CR-50067-01** |
| | * | |
| | * | **18 U.S.C. § 875(c)** |
| **VERSUS** | * | **Threatening Interstate Communication** |
| | * | |
| | * | **DISTRICT JUDGE HICKS** |
| **LLOYD DEWITT TILLER, JR.** | * | **MAGISTRATE JUDGE HORNSBY** |

# ORDER

CONSIDERING THE FOREGOING MOTION by the United States of America, and with no objection by the Defendant, and for the reasons stated in the Government's Motion Requesting The Return of Evidence,

The Clerk of Court is authorized, directed and ordered to release and return all exhibits introduced during the trial of the Defendant, LLOYD DEWITT TILLER, JR., to the party who introduced the trial exhibit. Mr. A.M. Stroud, III, is authorized to receive all defense exhibits. The United States Attorney is authorized to return the Dell Inspiration laptop computer [Government Exhibit 40a] and a PC hard drive [Government Exhibit 39] to Mr. Stroud. Mr. Stroud is authorized to receive these exhibits on behalf of the Defendant.

Read, Rendered and Signed this _____ day of August, 2010 in Shreveport, Louisiana.

_____
S. MAURICE HICKS
United States District Judge