RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 9 / 7 / 10
BY ＤＭ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

UNITED STATES OF AMERICA            CRIMINAL NO. 07-CR-50067-01

VERSUS                              JUDGE HICKS

LLOYD DEWITT TILLER, JR.            MAGISTRATE JUDGE HORNSBY

### RECEIPT FOR EXHIBITS

I, Coty Hammon (employee of Marty Stroud), hereby acknowledge receipt of the following trial exhibits:

Defendant's Exhibit 38-09 as listed in [79] Trial Exhibit List.
Joint Exhibit 1 (original) as listed in [79] Trial Exhibit List.
Defendant's Exhibits D1-D2 as listed in [86] Detention Hearing Exhibit List.

9-2-10
Date

_____
Signature