RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 9/28/10
BY DM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

UNITED STATES OF AMERICA            CRIMINAL NO. 07-CR-50067-01

VERSUS                              JUDGE HICKS

LLOYD DEWITT TILLER, JR.            MAGISTRATE JUDGE HORNSBY

### RECEIPT FOR EXHIBITS

I, Tanya M. Potter, hereby acknowledge receipt of the following trial exhibits:

Government's Exhibits 1-38 as listed in [79] Trial Exhibit List.
Copy of Joint Exhibit 1 as listed in [79] Trial Exhibit List.
Government's Exhibits G3-G4 as listed in [86] Detention Hearing Exhibit List.

9-28-2010                           Tanya M. Potter
Date                                Signature