07-cr-50067-01
cpy wrk
Rec # 54635030675

Sept. 21, 2011

District Clerk,

I owe $15,380 from case # 07-CR-50067-10 and I am sending $500 this month to reduce the balance. I will send you monthly payments until the account is zero! Would you please send me a receipt to: Lloyd D. Tiller
10027 Raintree Dr.
Shreveport, La. 71115

I am living at a halfway house in Tyler, Texas. The address is: County Rehabilitation Center
P.O. Box 5455
Lloyd Tiller    Tyler, Texas 75712-5455

Thank you,
Lloyd Tiller

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED
SEP 26 2011
TONY R. MOORE, CLERK
BY ___BN___ DEPUTY
SHREVEPORT

Lloyd D. Tiller
10027 Raintree Dr.
Shreveport, La. 71115

U.S. District Clerk
300 Fannin
Suite 1167
Shreveport, La. 71101

71101+3083

RECEIVED
SEP 26 2011
BY: ___